**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDER SAINT ANNEVIL,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 2:26-cv-8238** |
| | : | |
| **J.L. JAMISON, *et al.*** | : | |

# ORDER

**AND NOW**, this 6th day of November 2026, upon consideration of Ander Saint Annevil's petition for writ of *habeas corpus* (DI 1), the government's response (DI 4), and Mr. Annevil's reply (DI 6), it is **ORDERED** that the government shall file a sworn declaration from someone with firsthand knowledge that discusses the precise time when the warrant justifying Mr. Annevil's October 22, 2026 detention (DI 4-2) was issued and the precise time that said detention was initiated. It is further **ORDERED** that Mr. Annevil should submit his own sworn declaration describing when precisely he was detained and when precisely, if ever, he was served with a copy of the warrant filed on our docket at DI 4-2. The declarations shall be filed on or before **November 13, 2026**. The timing of the issuance of arrest warrant relative to Mr. Annevil's detention is material to our disposition of his petition. If material disputes regarding timing cannot be resolved via declaration, we may convene an evidentiary hearing.

John F Murphy

MURPHY, J.